# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CLINTON HITNER, | No. 435 MAL 2015 |
| Petitioner | |
| v. | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| OFFICE OF OPEN RECORDS AND BUCKS COUNTY CLERK OF COURTS, | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.